1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

JANE DOE,

Plaintiff,

vs.

CITY OF SAN DIEGO, et al.,

Defendants.

CASE NO. 12-cv-689-MMA-DHB

**NOTICE AND ORDER PROVIDING TENTATIVE RULINGS REGARDING PENDING MOTIONS FOR SUMMARY JUDGMENT**

Currently pending before the Court, and set for hearing on Tuesday, February 25, 2014, are three summary judgment motions filed respectively by Plaintiff Jane Doe, the individual supervisor defendants ("Supervisor Defendants"), and the City of San Diego.  [Doc. Nos. 191, 201, 202.]  Having considered the submissions of the parties, and in anticipation of Tuesday's hearing, the Court hereby issues the following tentative rulings:

The Court tentatively **GRANTS** Plaintiff's motion for summary judgment. [Doc. No. 202.]  The Court tentatively finds that Defendant City of San Diego has not raised a triable issue of fact regarding whether Defendant Arevalos was acting within the scope of his employment at the time of his alleged acts against Plaintiff Jane Doe.  Moreover, the Court tentatively finds that there is no genuine factual dispute regarding whether Defendant Arevalos sexually assaulted and battered Plaintiff Jane Doe.

12cv689

The Court tentatively **GRANTS in part** and **DENIES in part** the Supervisor Defendants' motion for summary judgment.  [Doc. No. 191.]  The Court tentatively finds that Plaintiff has raised triable issues of fact regarding whether Defendants Tai, Hollister, Guevara, and Bejarano were deliberately indifferent to Plaintiff's constitutional rights under 42 U.S.C. § 1983.  However, the Court tentatively finds that Plaintiff has not raised triable issues of fact with respect to the remainder of her claims against the Supervisor Defendants.

Finally, the Court tentatively **DENIES** Defendant City of San Diego's motion for summary judgment of Plaintiff's claim pursuant to 42 U.S.C. § 1983.  [Doc. No. 201.]  The Court tentatively finds that Plaintiff has raised triable issues of fact regarding whether a custom within the San Diego Police Department of covering up officer misconduct constituted the moving force behind Plaintiff's constitutional injury.

Counsel are advised that the Court's rulings are tentative, and the Court will entertain additional argument at the hearing on February 25, 2014.  The parties shall have a combined total of two (2) hours to present their arguments.  The time shall be divided equally between each side, and counsel shall be responsible for keeping time and reserving time as necessary for response, rebuttal, or both.

**IT IS SO ORDERED.**

DATED:  February 24, 2014

Hon. Michael M. Anello
United States District Judge

12cv689