

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jane Doe

**Plaintiff,**

V.

City of San Diego, et al

**Defendant.**

**FILED**

2/27/2014

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            K. Betancourt , Deputy

**Civil No.** 12-cv-689-MMA-DHB

**STRICKEN DOCUMENT:**

Supplemental Document

**Per Order #    322**

321