1   Daley & Heft, LLP
    Attorneys at Law
2   Mitchell D. Dean, Esq. (SBN 128926)
3   Michelle L. Gearhart, Esq. (SBN 263573)
    462 Stevens Avenue, Suite 201
4   Solana Beach, CA  92075
    Telephone:  (858) 755-5666
5   Facsimile:  (858) 755-7870
6   E-mail:      mdean@daleyheft.com
                 mgearhart@daleyheft.com
7
    Associated with:
8
9   Jan I. Goldsmith, City Attorney
    Andrew Jones, Assistant City Attorney
10  Donald F. Shanahan, Chief Deputy City Attorney
    Christina M. Milligan, Deputy City Attorney
11  California State Bar No. 231655
    Keith Phillips, Deputy City Attorney
12  California State Bar No. 190664
    Office of the City Attorney
13  1200 Third Avenue, Suite 1100
14  San Diego, California 92101-4100
    Telephone:  (619) 533-5800
15  Facsimile:  (619) 533-5856
    Email:       milliganc@sandiego.gov
16
17  Attorneys for Defendant, City of San Diego,

18              **UNITED STATES DISTRICT COURT**

19             **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  JANE DOE, an individual, | Case No.: 3:12-cv-00689-MMA (DHB) |
| 21                    Plaintiff, | **DEFENDANT CITY OF SAN** |
| 22           v. | **DIEGO'S NOTICE OF MOTION AND MOTION TO BIFURCATE** |
| 23  THE CITY OF SAN DIEGO, et al., | **TRIAL** |
| 24                    Defendants. | Date:         May 27, 2014 |
| 25  | Time:          2:30 p.m. |
|     | Courtroom.:   3A |
| 26  | Judge: Hon. Michael M. Anello |
| 27  | Magistrate Judge: Hon. David H. Bartick |
| 28  | Complaint filed:  March 21, 2012 |
|     | Trial date: August 12, 2014 |

1

1  TO THE HONORABLE DISTRICT COURT JUDGE MICHAEL M.

2  ANELLO, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that on May 27, 2014 at 2:30 p.m., in

4  Courtroom 3A of the United States District Court, Southern District, located at

5  221 West Broadway, San Diego, California, defendant City of San Diego will

6  and hereby does move this court for an order bifurcating trial of this matter such

7  that plaintiff's claim of municipal liability under 42 U.S.C. § 1983 and *Monell v.*

8  *Dep't of Soc. Servs.*, 436 U.S. 658 (1978) ("*Monell*") and her equitable claim for

9  injunctive relief are bifurcated and tried separately, if at all, from plaintiff's claim

10  for damages based upon the events of March 8, 2011 between Jane Doe and

11  former San Diego Police Officer Anthony Arevalos.

12  The instant motion is made pursuant to Rule 42(b) of the Federal Rules of

13  Civil Procedure on the grounds that separate trials are needed in furtherance of

14  convenience, to avoid undue prejudice and jury confusion, to promote the

15  expeditious and economical trial of this action, and to ensure any damages

16  awarded to plaintiff are compensatory in nature and are not punitive or an

17  impermissible method of pecuniary punishment of the City.[1]

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

---

27  [1] See California Gov. Code § 818 (a public entity is not liable for damages
28  awarded under Section 3294 of the Civil Code or other damages imposed
    primarily for the sake of example and by way of punishing the defendant).

1   The motion is based upon this Notice, the Memorandum of Points and

2   Authorities, the Declaration of San Diego Police Chief Shelly Zimmerman, the

3   Declaration of Michelle L. Gearhart, the Notice of Lodgment and exhibits

4   thereto, all records on file with the Court in this action, and upon such oral and

5   documentary evidence which may be presented at the hearing of this motion.

6                                        Respectfully submitted,

7   Dated: April 23, 2014              Daley & Heft, LLP

8
                                By:  /s/ Michelle L. Gearhart
9                                    Mitchell D. Dean
                                     Michelle L. Gearhart
10                                   Attorneys for Defendant
                                     City of San Diego
11                                   E-mail:  mdean@daleyheft.com
12                                             mgearhart@daleyheft.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3