Daley & Heft, LLP
Attorneys at Law
Mitchell D. Dean, Esq. (SBN 128926)
Michelle L. Gearhart, Esq. (SBN 263573)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
E-mail:       mdean@daleyheft.com
              mgearhart@daleyheft.com

Associated with:

Jan I. Goldsmith, City Attorney
Daniel F. Bamberg, Assistant City Attorney
Donald Shanahan, Chief Deputy City Attorney
Christina M. Milligan, Deputy City Attorney
Keith W. Phillips, Deputy City Attorney
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856
Email:       milliganc@sandiego.gov

Attorneys for Defendant, City of San Diego

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO, et al.<br><br>Defendants. | Case No.: 3:12-cv-00689-MMA (DHB)<br><br>**DECLARATION OF SHELLY ZIMMERMAN IN SUPPORT OF THE CITY OF SAN DIEGO'S MOTION TO BIFURCATE TRIAL**<br><br>Date:          May 27, 2014<br>Time:          2:30 p.m.<br>Courtroom.:   3A<br>Judge: Hon.   Michael M. Anello<br>Magistrate Judge: Hon. David H. Bartick<br><br>Complaint filed: March 21, 2012<br>Trial date: August 12, 2014 |

1

1    I, SHELLEY ZIMMERMAN, declare as follows:

2    1.    I have been employed by the San Diego Police Department for over

3    thirty-one years and am currently the Chief of Police. Before I was appointed

4    Chief of Police on March 4th, 2014, I served as Assistant Chief of Police for

5    Neighborhood Policing. As the Chief of Police, I am responsible, in addition to

6    other duties, for setting all policy for the San Diego Police Department, as well

7    as for the ultimate oversight and administration of all stages of the hiring,

8    training, promotion and discipline of the SDPD's almost 1900 sworn officers and

9    over 600 non-sworn employees. I also have personal knowledge of the

10   assessment that the United States Department of Justice is currently conducting

11   of the SDPD. The facts set forth in this Declaration are true and correct and

12   based upon my own personal knowledge and, if called as a witness, I could and

13   would testify competently to each of the facts set forth herein.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

2

2.     In February of 2014, the SDPD and the City requested the United States Department of Justice ("DOJ") to conduct a thorough, independent and comprehensive assessment of SDPD's administrative practices, policies and procedures, as they relate to recruiting, hiring, training, supervision, and internal investigations regarding misconduct.  The DOJ, through its Community Oriented Policing Services (COPS) division, recently did an assessment of the Las Vegas Metropolitan Police Department and issued a lengthy, comprehensive report detailing their findings and related recommendations. A true and correct copy of this report is attached as **Exhibit 1** to my declaration. As was done in Las Vegas, the DOJ's assessment will include recommendations and any required changes to SDPD's administrative practices, policies and procedures. The SDPD intends to follow the DOJ's recommendations and implement them as suggested. It is my understanding that the assessment by the DOJ will take approximately six to eight months to complete, however I anticipate that I will give regular updates and implement changes as they become apparent.

3.     Additionally, SDPD and the City fully support the Federal Bureau of Investigation's ("FBI") case specific investigations of SDPD.

4.     As the Chief, I am fully committed to ensuring that the SDPD maintains its status as "America's Finest" by addressing issues of officer misconduct. Since being sworn in on March 4th, 2014, I have held several all-hands meetings to inform SDPD employees that they are responsible public servants and will be held accountable, and expected to uphold a "Culture of Excellence".  Also, I have attended numerous town hall and other community meetings to facilitate my plan for transparency within the department.  I am reinstating the Professional Standards Unit ("PSU"), instituting a Duty to Report Misconduct policy, and plan further regular town hall and community meetings.  At my request, the City Council has articulated its commitment to provide funding for body-mounted

3:12-cv-00689-MMA(DHB)

1  cameras, additional officers, and improving recruitment and retention.  Together,

2  we will ensure that a "Culture of Excellence" is maintained at the SDPD.

3       5.     I am informed and believe that plaintiff intends to call over 100 San

4  Diego Police Officers in an effort to establish her claim against the City for *Monell*

5  liability. I am also informed and believe that the City anticipates calling anywhere

6  from 150-200 current officers to defend against plaintiff's legal and equitable

7  claims, and that trial of these claims could last several months. Officers are

8  considered "on-duty" when appearing in court because they are testifying in their

9  official capacity. Officers called to testify, during their non working hours, receive

10  a minimum of four hours of overtime pay. Requiring a large number of on-duty San

11  Diego Police Officers to appear in court and testify in this matter may cause a

12  significant disruption in the operation of police activities for a protracted period of

13  time. It will be a burdensome and logistical challenge for our Human Resources

14  Department as well as for the command staff of the testifying officers.

15  Coordinating various schedules and shifts to accommodate the trial schedule for

16  this case, and compensating officers for their time spent waiting to be called to

17  testify and testifying, will expend copious amounts of precious time and resources

18  which the department lacks due to budgetary and operational constraints.

19       *I declare under penalty of perjury, under the laws of the State of California,*

20  *that the foregoing is true and correct.*

21       Executed this _16_ day of April, 2014, at San Diego, California.

22

23

24                               SHELLEY ZIMMERMAN, Declarant

25

26

27

28

4