# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SAN DIEGO, et al.<br><br>　　　　Defendants. | Case No.: 3:12-cv-689-MMA (DHB)<br><br>**ORDER GRANTING SUPERVISOR DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b)**<br><br>[Doc. No. 344]<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

　　　This action arises out of a March 8, 2011 incident in which Plaintiff Jane Doe was sexually assaulted and battered by San Diego Police Department Officer Anthony Arevalos.  On March 27, 2014, the Court granted summary judgment in favor of Arevalos' past supervisors (the "Supervisor Defendants") on all claims asserted against them.  [*See* Doc. No. 330.]  Presently, the Supervisor Defendants seek entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b).  [Doc. No. 344.]  The motion is unopposed.

　　　Under Rule 54(b), "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly

determines that there is no just reason for delay." Fed. R. Civ. P. 54(b).  Here, the Court's ruling on the Supervisor Defendants' summary judgment motion adjudicated all claims against them.  Moreover, there is no just reason for delay in entering final judgment as to the Supervisor Defendants because the claims asserted against them are separable from the remaining claims.  Thus, good cause appearing, the Court hereby **GRANTS** the Supervisor Defendants' motion for entry of judgment pursuant to Rule 54(b).

Accordingly, the Court hereby **ENTERS JUDGMENT** in favor of Defendants William Lansdowne, David Bejarano, Rudy Tai, Danny Hollister, Kevin Friedman, Victoria Binkerd, Robert Kanaski, Max Verduzco, and Jorge Guevara on all claims and issues alleged against them herein pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated: May 20, 2014

Hon. Michael M. Anello
United States District Judge